**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**(973) 227-2840**
**Chapter 13 Standing Trustee**

**IN RE:**

   **SONIA NUNES**                                    Case No.:  08-31848 DHS

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the Court in the amount of $3,138.38, payable to the Clerk, United States Bankruptcy Court.  The party entitled to said funds is listed below together with the last known address and other additional information.

Payee Name & Address:   Sonia Nunes (Debtor's Refund)
                        712 Cedar Lane, Unit #1
                        Teaneck, NJ 07666
Amount:  $3,138.38
Claim #:  0000
Reason:  Debtor's Refund

May 24, 2010                    /s/Marie-Ann Greenberg
                                MARIE-ANN GREENBERG
                                CHAPTER 13 STANDING TRUSTEE